JASON D. SMITH, ESQ.
Nevada Bar No. 9691
JOHN J. PICTUM, III, ESQ.
Nevada Bar No. 15979
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: jsmith@nevadafirm.com
         jpictum@nevadafirm.com

*Attorneys for Plaintiff BLK MTN 1 LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLK MTN 1 LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>USI INSURANCE SERVICES LLC; and DOES I through X,<br><br>                Defendant. | Case No.:    2:23-cv-00784-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff BLK MTN 1, LLC and Defendant USI INSURANCE SERVICES LLC, by and through their undersigned counsel, hereby stipulate and agree to dismiss this action in its entirety, including all claims that were or could have been brought, with prejudice, with each party to bear its own attorneys' fees and costs.

/ /

/ /

/ /

/ /

/ /

/ /

- 1 -

2980190

Trial has not been set in this matter and no motions are pending.

DATED this 17th day of July 2023.

**HOLLEY DRIGGS**

*/s/ Jason D. Smith*
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
JOHN J. PICTUM, III, ESQ.
Nevada Bar No. 15979
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: jsmith@nevadafirm.com
          jpictum@nevadafirm.com

*Attorneys for Plaintiff BLK MTN 1 LLC*

Dated this 17th day of July 2023.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Patrick J. Reilly*
PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Tel.: (702) 382-2101 / Fax: (702) 382-8135
Email: preilly@bhfs.com
          ewalther@bhfs.com

*Attorney for USI Insurance Services LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2023